JS-6

**United States District Court**
**Central District of California**

JAMES CONNER,

          Plaintiff,

          v.

EVOQUA WATER
TECHNOLOGIES LLC, et al.,

          Defendants.

Case No. 2:21-cv-06094-VAP-GJSx

**ORDER OF DISMISSAL**

    The Court having been advised that the above-entitled action has settled,

    IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

    THE COURT will retain jurisdiction for a period of ninety (90) days to enforce the terms of the settlement.  All pending dates are hereby vacated.

Dated:  January 5, 2022

VIRGINIA A. PHILLIPS
United States District Judge

1